# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00170-01-CR-W-GAF |
| ) | |
| ROGGERS ONYANGO GUCHE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 21, 2019, the Grand Jury returned a four-count Indictment charging Defendant Roggers Onyango Guche and two others[1] with various counts. Defendant Guche is charged with one count of conspiracy (Count One).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Patrick D. Daly and Bradley Cooper
    Case Agent: Special Agent James Taylor, Homeland Security
  Defense: Gerald Gray, II and potentially Mathew Nixon (associate)
    Law Clerk: Mrya Gray

**OUTSTANDING MOTIONS**:

| 12/17/2021 | view83 | MOTION in limine by USA as to Roggers Onyango Guche, Nellie Mbote. Suggestions in opposition/response due by 1/3/2022 unless otherwise directed by the court. (Daly, Patrick) (Entered: 12/17/2021) |
|---|---|---|
| 04/07/2022 | view89 | MOTION in limine regarding Spousal Testimony by USA as to Roggers Onyango Guche. Suggestions in opposition/response due by 4/21/2022 unless otherwise directed by the court. (Daly, Patrick) (Entered: 04/07/2022) |

---

[1] Co-Defendant Finelina Mutisya pled guilty on November 17, 2020, and is awaiting sentencing. Co-Defendant Nellie Mbote is schedule to change her plea on April 19, 2022.

| 04/11/2022 | [view90](view90) | MOTION in limine Relating to Defendant's Attempts at Jury Nullification by USA as to Roggers Onyango Guche. Suggestions in opposition/response due by 4/25/2022 unless otherwise directed by the court. (Daly, Patrick) (Entered: 04/11/2022) |
|---|---|---|
| 04/11/2022 | [view91](view91) | MOTION in limine Regarding Character Evidence or Testimony by USA as to Roggers Onyango Guche. Suggestions in opposition/response due by 4/25/2022 unless otherwise directed by the court. (Daly, Patrick) (Entered: 04/11/2022) |

**TRIAL WITNESSES**:
    Government:  6-7 without stipulations
    Defendants: 0 witnesses

**TRIAL EXHIBITS:**
    Government: approximately 15 exhibits
    Defendants: approximately 0 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ to 3 days total**
    Government's case including jury selection: 2 ½ day(s)
    Defendants: 0 day(s)

**STIPULATIONS**: No stipulations

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Amended Witness and Exhibit lists filed April 12, 2022. **Updated list(s) due on or before April 19, 2022.**
        Defendants: Proposed Witness and Exhibit lists filed April 12, 2022. **Updated list(s) due on or before  April 19, 2022**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before April 27, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** See above for the Government's motions. **Any additional motions in limine are due on or before April 27, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for May 2, 2022.

**Please note:** The Government requests the first week of the docket due to the number of out-of-town witnesses.

**IT IS SO ORDERED**

                                           */s/ Lajuana M. Counts*
                                           LAJUANA M. COUNTS
                                           UNITED STATES MAGISTRATE JUDGE

3

Case 4:19-cr-00170-GAF   Document 97   Filed 04/12/22   Page 3 of 3